UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:                                    :    CASE NO. 13-20587
                                               (Chapter 7)
EDDA HARDEN,
                                          :    JUDGE TRACEY N. WISE

DEBTOR

                                          :    ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SUBMIT REAFFIRMATION AGREEMENTS

This matter is before the Court upon the Debtors' for Extension of Time to Submit Reaffirmation Agreements filed on June 29, 2013.

For good cause shown and there being no objection by the Trustee or any other party, the Court GRANTS the Motion. Debtor has until July 22, 2013, to file any reaffirmation agreements and the discharge of the case will be withheld until July 23, 2013 for that purpose.

**IT IS SO ORDERED.**

Pursuant to Local Rule 9022-1, Eric Steiden shall cause a copy of this Order to be served upon each of the parties designated to receive this Order pursuant to Local Rule 9022(1)(a) and shall file with the Court a Certificate of Service of the Order upon such parties within ten (10) days hereof.

Served upon:

Craig Kendrick, Trustee
7000 Houston Road
Building 300, Unit 25
Florence, KY 41042

Eric A. Steiden, Esq.
830 Main Street, Suite 401
Cincinnati, Ohio 45202

United States Trustee
100 East Vine Street, Eighth Floor
Lexington, KY 40507

Edda Harden
200 South Watchtower Drive, Unit 103
Wilder, KY 41076

suspend.pmt

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Monday, July 01, 2013**
**(grs)**